IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROALSTON STEVENSON KINGSTON™**, | CIVIL ACTION NO. 1:21-CV-31 |
| | (Judge Conner) |
| Petitioner | |
| v. | |
| **FIDEL CLARK™**, *et al.*, | |
| Respondents | |

## ORDER

AND NOW, this 20th day of April, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. Petitioner's application (Doc. 6) for leave to proceed *in forma pauperis* is DISMISSED as moot based on receipt of the full filing fee (see Doc. 12).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania